**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Preston Lamar WILLIAMS, a.k.a. Cowboy, a.k.a. Preston Lee, a.k.a. Space Cowboy, Defendant–Appellant.**

**No. 13–10320**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 25, 2013.

Yvette Rhodes, Amanda C. Kaiser, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Megan Saillant, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Preston Lamar Williams, Herlong, CA, pro se.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Preston Lamar Williams, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and denial of Williams's 18 U.S.C. § 3582 motion is **AFFIRMED.**